IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

LARRY JEREMY ASHBURN, et al., )
)
    Plaintiffs, )
) Case No. 2:10-cv-0123
v. ) Chief Judge Haynes
)
ACCREDITED HOME LENDERS, INC., )
et al., )
)
    Defendants. )

## ORDER

Before the Court is the Defendants' motion for entry of judgment based upon Plaintiffs' failure to respond to the Magistrate Judge's order to show cause and failure to respond to Defendant Household Financial Center's motion for summary judgment. (Docket Entry No. 102). On December 17, 2013 Magistrate Judge John Bryant entered an Order for Plaintiffs to Show Cause by December 31, 2013 why this action should not be dismissed. (Docket Entry No. 95). Plaintiffs did not respond by December 31, 2013. On January 9, 2014, Plaintiffs filed a motion for extension until January 17, 2014 to respond that was granted. (Docket Entry Nos. 98 and 100). Plaintiffs did not respond by January 14, 2014 or since. Plaintiffs have repeatedly failed to file a response to motions, including this motion.

Given Plaintiffs' repeated failures to respond to Defendants' motions and the Order of the Magistrate Judge, this action is **DISMISSED with prejudice.** Fed. R. Civ. P. 41(b). The Defendants are **AWARDED** their costs in this action.

It is so **ORDERED.**

This if the Final Order in this action.

ENTERED this the 19th day of February, 2014.

                                                                        WILLIAM J. HAYNES, JR.
                                                                       Chief United States District Judge